MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: janaki.gandhi@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-0223 RS |
|    Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| LEONEL CAPI-CUEVAS, | |
|    Defendant. | |

     The parties in this case appeared before the Court on May 13, 2014. At that time, the parties represented that additional time would be needed for counsel for the defendant to review discovery and conduct investigations. Accordingly, the Court set the matter to June 24, 2014.

     The parties have agreed to exclude the period of time between May 13, 2014, and June 24, 2014, from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this

Stipulation and [~~Proposed~~] Order Excluding Time
CR 14-0223 RS

1 agreement.

2    SO STIPULATED:

3                                                    MELINDA HAAG
                                                     United States Attorney
4

5 DATED: May 14, 2014                            _____/s/_____
6                                                    JANAKI GANDHI
                                                     Special Assistant United States Attorney
7

8 DATED: May 24, 2014                            ____ _____/s/_____
                                                     JODI LINKER
9                                                    Attorney for Defendant Leonel Capi-Cuevas

10

Stipulation and [~~Proposed~~] Order Excluding Time
CR 14-0223 RS

1  [~~PROPOSED~~] ORDER

2  For the reasons stated above and at the May 13, 2014 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 13, 2014, to June 24, 2014, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/15/14

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

Stipulation and [~~Proposed~~] Order Excluding Time
CR 14-0223 RS