1   STEVEN G. KALAR
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700
    Telefacsimile: (415) 436-7706
5
6   Counsel for Defendant CAPI-CUEVAS

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )   No. CR-14-0223 RS
                                       )
13                  Plaintiff,         )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO CONTINUE
14  v.                                 )
                                       )
15  LEONEL CAPI-CUEVAS,                )
                                       )
16                  Defendant.         )
    _____)
17

18

19

20

21

22

23

24

25

26

27

28

1   The parties jointly request that, subject to the Court's approval, the change of plea hearing

2 presently set for July 29, 2014 be continued to August 12, 2014 at 2:30 pm.

3   At the last appearance, the Court set the above-captioned matter over until July 29, 2014

4 for change of plea or setting. Mr. Capi-Cuevas requires additional time to review the

5 government's offer and to further investigate this case and effectively prepare.  The government

6 has no objection to this.

7   For the above reasons, the parties stipulate there is good cause – taking into account the

8 public interest in the prompt disposition of this case – to exclude the time from July 29, 2014 to

9 August 12, 2014 from computation under the Speedy Trial Act, and that failing to exclude that

10 time would unreasonably deny the defendant and his counsel the reasonable time necessary for

11 continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §

12 3161(h)(7)(A) and (B)(iv).  he parties further agree that the ends of justice would be served by

13 excluding the time from July 29, 2014 to August 12, 2014 from computation under the Speedy

14 Trial Act and that the need for the exclusion outweighs the best interests of the public and the

15 defendant in a speedy trial.

16   IT IS SO STIPULATED.

17

18  July 28, 2014         /s/
  DATED            LAURA VARTAIN HORN

19                 Assistant United States Attorney

20

21  July 28, 2014         /s/
  DATED            JODI LINKER

22                 Assistant Federal Public Defender

23   IT IS SO ORDERED.

24  7/29/14
  DATED            RICHARD SEEBORG

25                 United States District Judge

26

27

28