STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant CAPI-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-14-0223 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE |
| v. | ) | |
| LEONEL CAPI-CUEVAS, | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the change of plea hearing and sentencing presently set for September 30, 2014 be continued to October 21, 2014 at 2:30 pm.

At the last appearance, the Court referred the case for preparation of a pre-plea modified presentence report. That report was first disclosed to the parties on September 23, 2014. Mr. Capi-Cuevas requests this continuance to provide adequate time to review the report. The government has no objection to this.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from September 30, 2014 to October 21, 2014 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from September 30, 2014 to October 21, 2014 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

9/25/2014
DATED

/s/
LAURA VARTAIN HORN
Assistant United States Attorney

9/25/2014
DATED

/s/
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

9/25/14
DATED

RICHARD SEEBORG
United States District Judge

*US v. Leonel Capi-Cuevas*, Case No. 14-0223 RS;
Stipulation and [Proposed] Order to Continue         1